**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, | FILED |
| v. | APRIL 10, 2008     YM |
| AA Capital Partners, Inc., John Orecchio, Mary Elizabeth Stevens, AA Capital Liquidity Management, LLC | 08CV2029 |
| | JUDGE KENDALL |
| | MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elaine L. Chao, Secretary of Labor, United States Department of Labor

| | |
|---|---|
| **NAME** (Type or print) | |
| Ruben R. Chapa | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ruben R. Chapa | |
| **FIRM** | |
| U.S. Department of Labor - Office of the Solicitor | |
| **STREET ADDRESS** | |
| 230 South Dearborn Street, Room 844 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 6215869 | 312/353-6993 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |