**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of                                                                 Case Number: 08 CV 2029

Elaine L. Chao, Secretary of Labor, United States Department of Labor
    v.
AA Capital Partners, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

    Defendant: Mary Elizabeth Stevens

NAME (type or print):       Peter B. Shaeffer

SIGNATURE (Use electronic signature if appearance form is filed electronically)

    s/ Peter B. Shaeffer

STREET ADDRESS

    30 N. LaSalle Street - Ste. 2140

CITY/STATE/ZIP

    Chicago, Illinois 60602

ID NUMBER (see Item 3 in Instructions            TELEPHONE NUMBER

    3121472                                                                   312-782-5306

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           NO

ARE YOU A MEMBER OF THE THIS COURT'S TRIAL BAR?         YES

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY    YES

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS

RETAINED COUNSEL                                   APPOINTED COUNSEL