# United States District Court
# Northern District of Illinois

In the Matter of

Elaine L. Chao

v.

AA Capital Partners, Inc., et al

Case No. 08 C 2029

Designated Magistrate Judge
Geraldine Soat Brown

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

Judge Virginia M. Kendall

Dated: June 4, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman.**

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated: JUN - 5 2008

Reassignment by Agreement (Rev. 9/99)

I agree that case number **08C2029** should be reassigned to my calendar as specifically set forth below:

Case has been determined following motion to be related to case number 07 C 6354, *Porterfield v. Orecchio et al*, which is pending before me.

---

☐   It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):


■   It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_____
Judge Robert W. Gettleman

Dated: June 4, 2008