IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>    *Plaintiff,*<br><br>  v.<br><br>AA CAPITAL PARTNERS, INC., JOHN A. ORECCHIO, MARY ELIZABETH STEVENS, AA CAPITAL LIQUIDITY MANAGEMENT, LLC,<br><br>    *Defendants.* | Case No. 08 CV 2029<br><br>Judge Robert W. Gettleman |

## DISCLOSURE STATEMENT

Defendant, AA CAPITAL LIQUIDITY MANAGEMENT, LLC, pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

June 16, 2008

            Respectfully submitted,

            **AA CAPITAL LIQUIDITY MANAGEMENT, LLC**


            By: /s/ Michael P. Conway
               One of Its Attorneys

Michael P. Conway
Matthew I. Hafter
Mark A. Semisch
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

284892v1

## CERTIFICATE OF SERVICE

       I, Michael P. Conway, an attorney, hereby certifies that on June 16, 2008, I caused a true and correct copy of the foregoing **DISCLOSURE STATEMENT** to be served via Electronic Mail Transmission via ECF as to Filing Users upon the following:

Henry M. Baskerville
Joseph J. Duffy
William P. Ziegelmueller
STETLER & DUFFY, LTD.
11 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200
hbasker@stetlerandduffy.com
jduffy@stetlerandduffy.com
bziegel@stetlerandduffy.com

Peter B. Shaeffer
30 N. LaSalle Street
Suite 2140
Chicago, IL 60602
pshaefflaw@aol.com

Ruben Richard Chapa
Christine Zuehlke Heri
U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
230 South Dearborn St., 8th Floor
Chicago, IL 60604
(312) 353-5709
chapa.ruben@dol.gov
heri.christine@dol.gov

                              /s/ Michael P. Conway