**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, | : | |
| United States Department of Labor, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | File No. 08 c 2029 |
| **AA CAPITAL PARTNERS, INC., JOHN ORECCHIO,** | : | |
| **MARY ELIZABETH STEVENS,** | : | Judge Gettleman |
| **AA CAPITAL LIQUIDITY MANAGEMENT, LLC,** | : | |
| | : | Hearing Date: July 8, 2008 |
| Defendants. | : | Hearing Time: 9:15 a.m. |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, July 8, 2008, at the hour of 9:15 a.m., I shall appear before Judge Robert W. Gettleman, Courtroom 1703, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinnoi, or before any other judge who may be sitting in his place and stead, and shall present the **Secretary's Motion for Leave to File Her**

**First Amended Complaint** a copy of which has been served upon you at which time and place you may appear if you so see fit.

                                      **GREGORY F. JACOB**
                                      Solicitor of Labor

                                      **JOAN E. GESTRIN**
                                      Regional Solicitor

                                      ____/s Christine Z. Heri_____
                                      **CHRISTINE HERI**
                                      Senior Trial Attorney

| | |
|---|---|
| **ADDRESS:** | |
| Office of the Solicitor | U.S. Department of Labor, |
| U.S. Department of Labor | Attorneys for ELAINE L. CHAO |
| 230 South Dearborn Street | Secretary of Labor |
| Chicago, Illinois 60604 | Plaintiff |
| Telephone: (312) 353-7836 | |

## CERTIFICATE OF SERVICE

I, Christine Her, an attorney, hereby certify that on this 1st day of July, 2008, service of a copy of the Notice of Motion, Secretary's Motion for Leave to File Her First Amended Complaint, Brief in Support of her Motion and proposed order was accomplished pursuant to ECF as to the Filing Users upon the following:


Henry M. Baskerville
Joseph J. Duffy
Willliam Paul Ziegelmueller
Stetler & Duffy
11 South LaSalle St., Suite 1200
Chicago, Illinois 60603
hbasker@stetlerandduffy.com
jduffy@stetlerandduffy.com
bziegel@stetlerandduffy.com


Peter Shaeffer
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602
Pshaefflaw@aol.com

Michael Peter Conway
Matthew I. Hafter
Mark A. Semisch
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606
docket@grippoelden.com

and by regular mail and facsimile to:

Wendi E. Sloane
Barack Ferrazzano Kirschbaum
    & Nagdeberg, LLC
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606

/s Christine Z. Heri
Christine Z. Heri
One of the Attorneys for the Plaintiff
