# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2029 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Chao  vs  AA Capital Partners, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [23] for leave to file first amended complaint is granted.

[Docketing to mail notice]

00:09

| | Courtroom Deputy | GDS |
|---|---|---|