# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, | ) |
| | ) Hon. Robert W. Gettleman |
| Plaintiff, | ) |
| | ) Case No. 08-cv-2029 |
| v. | ) |
| | ) |
| AA CAPITAL PARTNERS, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **STIPULATION**

The Parties, through their respective counsel, hereby stipulate to extend Defendant John Orecchio's time to answer or otherwise plead to Plaintiffs' First Amended Complaint until August 8, 2008.

SO STIPULATED AND AGREED TO on this 30th of July, 2008 by:

| | |
|---|---|
| **ELAINE L. CHAO** | **JOHN ORECCHIO** |
| Plaintiff | Defendant |
| | |
| By: /s/   Christine Z. Heri | By: /s/   Henry M. Baskerville |
| | |
| Ruben R. Chapa | William P. Ziegelmueller (Ill. Bar No. # 6226438) |
| Christine Zuehlke Heri | Henry M. Baskerville (Ill. Bar No. #6285712) |
| U.S. Department of Labor | STETLER & DUFFY, LTD. |
| Office of the Solicitor | 11 South LaSalle Street |
| 230 S. Dearborn, Rm. 844 | Suite 1200 |
| Chicago, IL 60604 | Chicago, IL 60603 |
| 312/353-6993 | (312) 338-0200 |
| chapa.ruben@dol.gov | bziegel@stetleranduffy.com |
| heri.christine@dol.gov | hbasker@stetleranduffy.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Orecchio* |

## CERTIFICATE OF SERVICE

I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Stipulation** to be served on the attorneys listed below via the Court's CM/ECF system this 30th day of July, 2008.

/s/   Henry M. Baskerville

To:   Ruben R. Chapa
Christine Zuehlke Heri
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn, Rm. 844
Chicago, IL 60604
312/353-6993
chapa.ruben@dol.gov
heri.christine@dol.gov
*Attorneys for Plaintiff*

Peter B. Shaeffer
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-782-5306
pshaefflaw@aol.com
*Attorney for Defendant Mary Elizabeth Stevens*