UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of the UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 2029 |
| v. | ) ) | |
| AA CAPITAL PARTNERS, INC., et al, | ) ) | Hon. Robert W. Gettleman |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME FOR AA CAPITAL PARTNERS, INC. TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE AMENDED COMPLAINT**

W. Scott Porterfield, as Receiver of AA Capital Partners, Inc. (the "Receiver"), for his Motion for Extension of Time for AA Capital Partners ("AA Capital"), to Answer or Otherwise Plead in Response to the Amended Complaint, states as follows:

1. August 15, 2008 is the date by which defendants herein must answer or otherwise plead to the First Amended Complaint.

2. The Receiver has not yet determined what his role ought to be in this case, taking into consideration the scope of his authority, the interests of justice, and his legal obligations. Specifically, the Receiver is evaluating whether it is appropriate for him to appear generally on behalf of AA Capital or appear only with respect to any remedy ordered against AA Capital.

3. The Receiver has been in contact with the plaintiff and several of the defendants regarding what, if any, role the Receiver will have in this case; however, those communications have not concluded and no resolution has been reached.

4.      The Receiver requests that the time for AA Capital Partners to answer or otherwise plead in response to the Complaint be extended by sixty-days to allow time for the resolution of the role of the Receiver in this case.

5.      The requested extension will not prejudice any party in this action.

WHEREFORE, the Receiver moves for an order extending until October 4, 2008 the time by which an answer or other responsive pleading must be filed for AA Capital in this case.

Dated:  August 15, 2008                    Respectfully submitted,

W. Scott Porterfield, Receiver for AA Capital Partners, Inc.

By:___/s/_____William J. Barrett_____
       One of his attorneys

Wendi E. Sloane (06183926)
William J. Barrett (6206424)
BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
200 West Madison, Suite 3900
Chicago, IL  60606
Telephone:    (312) 984-3100
Facsimile:     (312) 984-3150
*Counsel for W. Scott Porterfield, Receiver for AA Capital Partners, Inc*