UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of the UNITED STATES DEPARTMENT OF LABOR, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AA CAPITAL PARTNERS, INC., *et al*., )<br>)<br>Defendants. )<br>) | Case No. 08 C 2029<br><br>Hon. Robert W. Gettleman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, August 21, 2008, at the hour of 9:15 a.m.,** I shall appear before Judge Robert W. Gettleman, Courtroom 1703, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and shall present the **Receiver's Motion for Extension of Time for AA Capital Partners, Inc. to Answer or Otherwise Plead in Response to the Amended Complaint**, a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

Dated: August 15, 2008
       Chicago, Illinois

Respectfully submitted,

W. Scott Porterfield, Receiver for AA Capital Partners, Inc.

By:    s/ William J. Barrett
           William J. Barrett
           One of his attorneys

William J. Barrett (06206424)
Barack Ferrazzano Kirschbaum &
 Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone  (312) 984-3100
Facsimile   (312) 984-3150

## CERTIFICATE OF SERVICE

I, William J. Barrett, an attorney, hereby certify that on this 15th day of August, 2008, service of a copy of the foregoing was accomplished pursuant to ECF as to Filing Users upon the following:

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- **Henry M. Baskerville**
  hbasker@stetleranddduffy.com,edocket@stetleranddduffy.com
- **Ruben Richard Chapa**
  chapa.ruben@dol.gov
- **Michael Peter Conway**
  docket@grippoelden.com,ourdocket@gmail.com
- **Joseph J. Duffy**
  jduffy@stetleranddduffy.com,edocket@stetleranddduffy.com,bdorgan@stetleranddduffy.com
- **Matthew I. Hafter**
  docket@grippoelden.com,ourdocket@gmail.com
- **Christine Zuehlke Heri**
  heri.christine@dol.gov,sol-chi@dol.gov
- **Mark A. Semisch**
  docket@grippoelden.com,ourdocket@gmail.com
- **Peter B. Shaeffer**
  pshaefflaw@aol.com
- **William Paul Ziegelmueller**
  bziegel@stetleranddduffy.com,edocket@stetleranddduffy.com,darends@stetleranddduffy.com

I, William J. Barrett, an attorney, hereby certify that on this 15th day of August, 2008, the foregoing was mailed electronically to the following parties:

Ruben Richard Chapa
Christine Zuehlke Heri
U. S. Dept. of Labor
Office of the Solicitor
230 S. Dearborn St.
8th Floor
Chicago, IL 60604
chapa.ruben@dol.gov
heri.christine@dol.gov

Henry M. Baskerville
Joseph J. Duffy
William Paul Ziegelmueller
Stetler & Duffy, Ltd.
11 S. LaSalle St., Suite 1200
Chicago, IL 60603
hbasker@stetleranddduffy.com
jduffy@stetleranddduffy.com
bziegel@stetleranddduffy.com

515662-1

| | |
|---|---|
| Peter B. Shaeffer | Michael Peter Conway |
| Attorney at Law | Mark A. Semisch |
| 30 N. LaSalle St., Suite 2140 | Matthew I. Hafter |
| Chicago, IL 60602 | Grippo & Elden LLC |
| pshaefflaw@aol.com | 11 S. Wacker Dr. |
| | Chicago, IL 60606 |
| | docket@grippoelden.com |

        s/  William J. Barrett
           William J. Barrett

515662-1